- DANIEL B. JEROME, 7/5/87
- DUSTIN M. HANEY, 10/15/90
- THOMAS B. WILSON, 5/26/75
- THOMAS TISHER, 11/21/83





JEROME



HANEY



AO386-B
**DEFENDANT'S EXHIBIT**

CASE NO.: Motion to Suppress

EXHIBIT NO.: B