
WILSON


TISHER

