PROB 12AS
(7/93)

# UNITED STATES DISTRICT COURT

for

Eastern District of Missouri

## Report on Offender Under Supervision

Name of Offender: Thomas Wilson, Jr.        Case Number: 4:09CR00041 ERW

Name of Sentencing Judicial Officer:  The Honorable E. Richard Webber
                                      Senior United States District Judge

Date of Original Sentence: October 2, 2009

Original Offense: Unlawful Possession of a Prohibited Flask or Equipment With the Intent to Manufacture Methamphetamine

Original Sentence: 69 months prison; 24 months supervised release

Type of Supervision: Term Of Supervised Release        Date Supervision Commenced: July 16, 2013
                                                       Expiration Date: July 15, 2015

## SUPERVISION SUMMARY

This report is being submitted in regards to special conditions requiring Wilson to participate in substance abuse and mental health treatment programs. Since commencement of his supervised release, Wilson has participated in mental health counseling at Gateway Foundation. Reports from his counselor state that Wilson has made steady progress towards his treatment goals and appears stable. In response to the undersigned officer's request, the counselor stated he agreed with discharging Wilson from counseling at this time.

In regards to substance abuse treatment, Wilson successfully completed the 500 hour residential and transitional substance abuse treatment program while incarcerated in the Bureau of Prisons. Since his release from the Bureau of Prisons, Wilson has submitted to two monthly drug tests without any positive results.



Report on Offender
Under Supervision

Page 2

RE: Thomas Wilson, Jr.
4:09CR41 ERW

## RECOMMENDATION:

This officer respectfully recommends that Wilson's special conditions of substance abuse treatment and mental health counseling be suspended at this time, but that he continue to submit to drug testing as directed.

Respectfully submitted,

by *Timothy J. Goehring* (signature)

Timothy J. Goehring
U.S. Probation Officer

Date: December 3, 2013

Approved by:

*Julie A. O'Keefe* (signature)   December 3, 2013

Julie A. O'Keefe        Date
Supervising U.S. Probation Officer

_x_  Agree
      Note from Court: How many has he failed?
___  Discharge from probation/supervised release
___  Other

*E. Richard Webber* (signature)

SIGNATURE OF JUDICIAL OFFICER

Dated: December 23, 2013