# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATE OF AMERICA | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 4:18 CR 899 RLW |
| | ) |
| THOMAS B. WILSON, | ) |
| | ) |
|     Defendant. | ) |

## DEFENDANT WILSON'S MOTION TO SEAL DOCUMENT

COMES NOW Defendant Thomas B. Wilson and respectfully requests leave to file his reply to the Government's sentencing memorandum under seal as the reply contains personal and confidential information which should be filed under seal.

Respectfully submitted,

*/s/ Stephen R. Welby*
STEPHEN R. WELBY
Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing to be filed under seal and served on counsel of record via electronic filing with the Clerk of the Court using CM/ECF system on this 26th day of July, 2020.

*/s/ Stephen R. Welby*
STEPHEN R. WELBY

1